AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Ann Nee | Telephone: (313) 226-9100 |
| Special Agent: | Erin Herrgott, H.S.I. | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Michael Martin YEAGER

Case No.  Case: 2:26-mj-30014
Judge: Unassigned,
Filed: 01-12-2026 At 12:00 PM
CMP USA V. YEAGER (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 26, 2022 to December 13, 2025 in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Sexual exploitation of a minor and attempt |
| 18 U.S.C. § 2252A(a)(2) & (b)(1) | Receipt or Distribution of child pornography and attempt |
| 18 U.S.C. § 2252A(a)(1) & (b)(1) | Transportation of child pornography and attempt |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erin L. Herrgott, Special Agent (H.S.I.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 12, 2026

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Erin Herrgott, being first duly sworn, state as follows:

1. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I have been employed as a Special Agent for HSI since August 2020. I successfully completed the Criminal Investigator Training Program (CITP) and the HSI Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA. Prior to joining HSI, I was a Border Patrol Agent (BPA) with the United States Border Patrol (USBP) in Eagle Pass, Texas. Additionally, I have received a bachelor's degree in criminal justice from Madonna University. While employed at HSI, I have investigated federal criminal violations related to child sex trafficking, child exploitation, and child pornography. I have received training on child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in U.S.C. 18 § 2256) in all forms of media.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Michael Martin YEAGER (DOB: XX/XX/1958) for violations of 18 U.S.C. § 2251(a) & (e) (sexual exploitation of a minor and attempt), 18 U.S.C. § 2252A(a)(1) & (b)(1) (transportation of child pornography and

attempt), 18 U.S.C. § 2252A(a)(2) & (b)(1) (receipt or distribution of child pornography and attempt).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for YEAGER.

4. HSI is investigating YEAGER for child exploitation and child pornography. On December 13, 2025, U.S Customs and Border Protection Officers (CBPOs) at the Los Angeles International Airport conducted a secondary inspection and media examination of YEAGER as he returned to the United States from traveling abroad to Tokyo, Japan. During the media exam, CBPOs discovered a video in the "Recently Deleted" image folder on YEAGER's cell phone that depicted two prepubescent minor females performing oral sex on an adult male.

5.       HSI responded to the airport and reviewed the contents of YEAGER's cell phone. In the same "Recently Deleted" image folder, HSI observed two images, which appeared to be screenshots of a conversation between YEAGER and an unidentified Asian female. Within the conversation, YEAGER and the female discuss their adult romantic relationship and how YEAGER wants to have "fun" with the female's children. YEAGER was subsequently placed under arrest by the Los Angeles World Airport (LAWA) Police for possession of child pornography, and his electronic devices were turned over to the custody of LAWA for further investigation.

6.       During the encounter with law enforcement in California, YEAGER provided his email address. HSI found that this email address was also associated with an account on an internet-based communication application that allows users to share video and text communications and files (Application1). This account was used to communicate with an individual in the Philippines (Subject1). Based on law enforcement investigation, Subject1 had access to minors and offered the minors to be sexually abused on camera on demand, and/or to provide visual depictions of one or more minors engaging in sexually explicit conduct, in exchange for money.

7.       HSI investigation determined that between May 7, 2024, and May 8, 2024, YEAGER used his Application1 account to exchange 67 messages and 29 media files with Subject1. For example, on May 7, 2024, YEAGER told Subject1,

3

"Tell me the 3 or 4 more dirty kinky slutty taboo things you have done .And other things you would do. Do not be shy. I have had girls piss and shit into each others mouths to drink , suck off horses and dogs cocks and anal sex with horse. So be fun and open and shock me baby". Later in the conversation, YEAGER sent an image to Subject1 of a prepubescent child, who is bent over and naked from the waist down. The child's buttocks are being spread by an adult female. Fecal matter can be seen around the child's anal area and on the adult female's tongue.

8. HSI served an electronic payment provider (Provider1) with a subpoena for Provider1 account information associated with YEAGER. Provider1 responded and provided HSI with transactions sent from YEAGER to various females who appear to reside in the Philippines. Below are examples of dates of payments, payment amount, and payment notes sent by YEAGER to various females. Based on my training and experience, the term "BJ" is representative of a "blow job" or fellatio:

- May 13, 2023, for $47.98. *"This is only for [Female Name 1]. $50 for being so good. And 15 cent for being 15 years old. Love you [Female Name 1]. You call me whenever you want to do fun stuff and get paid by me because I believe you. Great job.*

- June 24, 2023, for $47.88. *"For aunty but also for BJ of brother"*

- February 6, 2024, for $47.82. *"For you and your friend and now to talk with your mom and do the horses videos this week"*

- September 22, 2024, for $47.89. *"So you know I am real. You? Now start following directions."*

4

9. On or about January 9, 2026, federal search warrants were obtained in the Eastern District of Michigan for the forensic extractions of the devices seized by LAWA Police. Within the extraction of YEAGER's iPhone were several files that meet the federal definition of child pornography. For instance, law enforcement observed the videos described below:

> A. A video approximately 5 minutes and 49 seconds in length. The metadata associated with the video shows that it originated from end-to-end encrypted messaging application (Application2). The video shows a prepubescent female, who is naked from the waist down, defecating in a red bucket. The child stands up and bends over. An adult Asian female spreads the child's buttocks apart with her hands and places her mouth repeatedly on the child's anal area. The adult female looks into the camera and opens her mouth. Feces can be seen on the adult female's tongue. The child exits the video, and the adult female eats the child's feces out of the bucket.
>
> B. A video approximately 1 minute and 38 seconds in length. It shows the same adult Asian female laying on the floor. A prepubescent female, naked from the waist down, stands above the same adult female and urinates into the adult female's mouth. During a portion of the video, the child's pubic area is visible. On or about December

5

        26, 2022, YEAGER appears to text the video to his own cell phone number.

    C. A video approximately 3 minutes and 7 seconds in length. It shows a prepubescent female who is completely naked. The child says "This is for you, Daddy Mike". A male stands above the child, holds his penis in his hand, and urinates into her mouth. The child licks the urine off the ground and says something to the effect of "You like, yes?" and touches her breasts. The child's pubic region can also be seen. On or about May 25, 2024, YEAGER appears to text the video to another individual with the message, "Good girl drinking piss for the first time from her step brother".

10. Within the extraction, HSI observed a conversation between YEAGER and a contact who appears to be a Vietnamese female, within a second internet-based communication application that allows users to share video and text communications and files (Application3). On January 5, 2025, at approximately 7:18 P.M., YEAGER sent the following message:

> "Daddy loves his videos with you playing with daughter drinking piss, licking her pussy, eating her shit for Daddy. Love them. Daddy wants more. You said you would do 'everything for Daddy' a week or so ago. Ok so do some of those for Daddy in the next week please. OK? ✅ Do not say 'no' to baby willing and wanting to please daddy. Go do them. I want you to lick her ass good too so I can see it very well. Maybe even at night when sleeping if you want. Shock daddy and make happy."

11.     Based on the information above, there is probable cause to believe that YEAGER violated 18 U.S.C. § 2251(a) & (e) (sexual exploitation of a minor and attempt), 18 U.S.C. § 2252A(a)(1) & (b)(1) (transportation of child pornography and attempt), 18 U.S.C. § 2252A(a)(2) & (b)(1) (receipt or distribution of child pornography and attempt). Wherefore by this affidavit and application, your Affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for YEAGER.

Respectfully submitted,

_____
Erin Herrgott, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. ELIZABETH STAFFORD
UNITED STATES MAGISTRATE JUDGE

7